# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SANTANNA BELLARD** | : | **CIVIL ACTION NO. 2:24-cv-01186** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CITGO PETROLEUM CORP** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 12] be **DENIED** and that the non-diverse defendant **PERFORMANCE CONTRACTORS, INC.** be dismissed from this action without prejudice.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**