**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **SANTANNA BELLARD, individually,** and on behalf of her minor child, J.B. | **CASE NO.  2:24-cv-01186** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PERFORMANCE CONTRACTORS, INC.** and **CITGO PETROLEUM CORPORATION** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment (Doc. 23) is **GRANTED** dismissing Plaintiff's tort liability claims against CITGO with prejudice.

**THUS DONE AND SIGNED** in chambers on this 18th day of June, 2026.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**